3

Orla RUBSAMEN, Individually, et al., Plaintiffs, v. CARL H. SCHULTZ, a Corporation, Defendant; Orla Rubsamen, Individually, etc., Appellant.

(Circuit Court of Appeals, Second Circuit. June 1, 1926.)

No. 388.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from an order of sale entered in a cause in equity in the District Court for the Southern District of New York.

Ward V. Tobert (David Steckler, of New York City, of counsel), for appellant.

Michael M. Helfgott, of New York City, for intervener appellee.

Joseph D. Fackenthal, of New York City, for purchaser at sale.

Before ROGERS, HOUGH and HAND, Circuit Judges.

PER CURIAM. Ordered that, except as to the proceeds of the sales of real estate situated without the Southern district of New York, the decree be affirmed. The method of

modifying the decree in accordance with this direction is left to the lower court. No costs of this court are allowed.